B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  Bluefish Energy Corporation[1]
         Debtor

Case No. 14-11997 (KJC)

Chapter 11

## REVISED CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| BP Energy Company<br>1Chase Manhattan Plaza<br>New York, New York 10005-6000 | BP Energy Company<br>Stephen Brassette<br>Tel: 713-323-1715<br>Email: Brass0@bp.com | Trade Debt | | $2,095,042.00 |
| Unisource Energy Services<br>2498 Airway Ave<br>Kingman, AZ 86409 | Unisource Energy Services<br>Diana Vega<br>2498 Airway Ave<br>Kingman, AZ 86409<br>Tel: 520-745-8279<br>Fax: 520-571-4045 | Trade Debt | | $1,260,000.00 |

---

[1] The last four digits of the Debtor's Federal Tax ID number is (6843). The Debtor's mailing address is 8275 N. Mineral Park Road, Golden Valley AZ 86413.

DOCS_DE:194962.2 57302/001

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| ME elecmetal<br>3901 University Ave N. E.<br>Minneapolis, MN 55421 | ME elecmetal<br>Tom Vyvyan<br>3901 University Ave N. E.<br>Minneapolis, MN 55421<br>Tel: 763-201-1804<br>Fax: 763-788-8300 | Trade Debt | | $861,374.08 |
| Rebel Fuel<br>2200 South Highland Dr.,<br>Las Vegas, NV 89102 | Rebel Fuel<br>Greg Shupe<br>2200 South Highland Dr.,<br>Las Vegas, NV 89102<br>Tel: 702-382-5866<br>Fax: 702-382-4263 | Trade Debt | | $566,348.63 |
| TDC, LLC<br>919 Milam Street, Suite 2100<br>Houston, TX 77002 | TDC, LLC<br>Jim Glattly<br>919 Milam Street, Suite 2100<br>Houston, TX 77002<br>Tel: 800-422-6274<br>Fax: 225-231-9239 | Trade Debt | | $310,951.56 |
| Mining, Rock Excavation and Construction LLC<br>7 Campus Drive Suite 200<br>Parsippany, NJ 07054 | Mining, Rock Excavation and Construction LLC<br>Davis Arroyo<br>7 Campus Drive Suite 200<br>Parsippany, NJ 07054<br>Tel: 623-780-0200<br>Fax: 303-288-8828 | Trade Debt | | $243,726.00 |
| Great West Tire, Inc.<br>PO Box 3697<br>Kingman, AZ 86402 | Great West Tire, Inc.<br>Conan<br>PO Box 3697<br>Kingman, AZ 86402<br>Tel: 928-757-9251<br>Fax: 928-757-7939 | Trade Debt | | $194,674.82 |
| MolyCop<br>Dept. CH 19740<br>Palatine, IL 60055 | MolyCop<br>Marty Mcghin<br>Dept. CH 19740<br>Palatine, IL 60055<br>Tel: 775-742-2761<br>Fax: 229-253-0424 | Trade Debt | | $188,651.92 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Lhoist North America<br>5230 Payshpere Circle<br>Chicago, IL 60674 | Lhoist North America<br>Brett Tanner<br>5230 Payshpere Circle<br>Chicago, IL 60674<br>Tel: 480-368-4200<br>Fax: 1-480-368-4200 | Trade Debt | | $181,651.92 |
| FNF Construction, Inc.<br>115 S. 48th Street<br>Tempe, AZ 85281 | FNF Construction, Inc.<br>Eric<br>115 S. 48th Street<br>Tempe, AZ 85281<br>Tel: 480-318-1712<br>Fax: 480-968-7580 | Trade Debt | | $177,315.95 |
| Acton Welding<br>Account No. 1006<br>4765 Interstate Way<br>Kingman, AZ 86401 | Acton Welding<br>Matt Acton<br>4765 Interstate Way<br>Kingman, AZ 86401<br>Tel: 928-757-4303<br>Fax: 928-757-8195 | Trade Debt | | $175,108.02 |
| Rebel Oil<br>2200 South Highland Dr.<br>Las Vegas, NV 89102 | Rebel Oil<br>Greg Shupe<br>2200 South Highland Dr.<br>Las Vegas, NV 89102<br>Tel: 702-382-5866<br>Fax: 702-382-4263 | Trade Debt | | $170,105.80 |
| Freiday Construction, Inc.<br>Account No. 1142<br>P.O. Box 4267<br>Kingman, AZ, 86402 | Freiday Construction, Inc.<br>Fud Freiday<br>P.O. Box 4267<br>Kingman, AZ, 86402<br>Tel: 928-757-2176<br>Fax: 928-757-4638 | Trade Debt | | $138,123.25 |
| Heavy Equipment Machinery<br>Account No. 1163<br>22019 N. 23rd Avenue<br>Phoenix, AZ 85027 | Heavy Equipment Machinery<br>Pat Lombardo<br>22019 N. 23rd Avenue<br>Phoenix, AZ 85027<br>Tel: 928-565-5110<br>Fax: 623-582-3445 | Trade Debt | | $105,795.87 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Arizona Electrical Apparatus, Inc. 1555 E. Apache Park Pl. Tucson, AZ, 85714 | Arizona Electrical Apparatus, Inc. Will Mehle 1555 E. Apache Park Pl. Tucson, AZ, 85714 Tel:1-520-622-0595 Fax: 1-520-622-3817 | Trade Debt | | $103,482.93 |
| Bearing Belt Chain Co Inc Account No. 1053 10500 North Stemmons Frwy Dallas, TX 75220 | Bearing Belt Chain Co Inc Bob Purvis 10500 North Stemmons Frwy Dallas, TX 75220 Tel: 214-358-5500 Fax: 214-358-5515 | Trade Debt | | $97,609.24 |
| M.R. Tudor 2512 E. 71st St., Ste F Tulsa, OK 74136 | M.R. Tudor Jennifer Tudor 2512 E. 71st St., Ste F Tulsa, OK 74136 Tel: 909-429-0113 Fax: 480-633-4510 | Trade Debt | | $95,124.31 |
| Sonoran Process Equipment Company PO Box 70166 Tuscon, AZ 85737 | Sonoran Process Equipment Company Kristen PO Box 70166 Tuscon, AZ 85737 Tel: 520-882-2168 Fax: 520-882-2169 | Trade Debt | | $84,108.44 |
| R.A.M. Enterprises PO Box 31001-1579 Pasadena, CA, 91110 | R.A.M. Enterprises Janette M. Thornton PO Box 31001-1579 Pasadena, CA, 91110 Tel: 928-565-2323 Fax:928-565-2324 | Trade Debt | | $75,016.84 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Trammo<br>4211 W. Boy Scout Blvd. #600<br>Tampa, FL 33607 | Trammo<br>Andrew Cox<br>4211 W. Boy Scout Blvd. #600<br>Tampa, FL 33607<br>Tel: 813-261-0600<br>Fax: 813-261-0601 | Trade Debt | | $74,724.51 |
| Quadna<br>PO Box 201791<br>Dallas, TX 75320 | Quadna<br>Mike Dwyer<br>PO Box 201791<br>Dallas, TX 75320<br>Tel: 602-323-2370<br>Fax: 602-305-6485 | Trade Debt | | $67,227.66 |
| CTI<br>11105 N Casa Grande Highway<br>PO Box 397<br>Carol Stream, IL 60197 | CTI<br>Debra Gill<br>11105 N Casa Grande Highway<br>PO Box 397<br>Carol Stream, IL 60197<br>Tel: (520) 624-2348<br>Fax: (520) 382-5938 | Trade Debt | | $66,477.23 |
| Flomin Inc.<br>Account No. 1994<br>7500 FM 1405 Road<br>Baytown, TX 77523 | Flomin Inc.<br>Colin Cumberbatch<br>7500 FM 1405 Road<br>Baytown, TX 77523<br>Tel: 832-414-7419<br>Fax: 480-948-0042 | Trade Debt | | $62,091.20 |
| United Rental | United Rental<br>Clint Glasser<br>File 51122<br>Los Angeles, CA 90074<br>Tel: 928-692-1444<br>Fax: 928-756-6966 | Trade Debt | | $61,825.32 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| West Coast Bulk<br>415 Lemon Ave. PO Box 390<br>Los Angeles, CA 91789 | West Coast Bulk<br>Leslie Newby<br>415 Lemon Ave. PO Box 390<br>Los Angeles, CA 91789<br>Tel: 209-466-0482<br>Email: Clarkg@bulk-dti.com | Trade Debt | | $58,970.51 |
| 911 Metallurgy Corp<br>20-2020 Robson Place<br>Kamloops, BC V2E 2N2 | 911 Metallurgy Corp<br>David<br>20-2020 Robson Place<br>Kamloops, BC V2E 2N2<br>Tel: 303-872-0448<br>Email: David@911metallurgist.com | Trade Debt | | $46,500.95 |
| Ruan Logistics Corp<br>PO Box 977<br>Des Moines, IA 50304 | Ruan Logistics Corp<br>PO Box 977<br>Des Moines, IA 50304<br>Tel: 623-866-5142<br>Fax:602-455-3782 | Trade Debt | | $42,967.97 |
| Empire Machinery<br>PO Box 29879<br>Phoenix, AZ 85038 | Empire Machinery<br>John Helms<br>PO Box 29879<br>Phoenix, AZ 85038<br>Tel: 480-633-4780<br>Email: steven.walker@empire-cat.com | Trade Debt | | $41,424.92 |
| Farnell-Thompson<br>2222 Rene-Levesque O.<br>Suite 1<br>Montreal, Quebec H3H 1R6 | Farnell-Thompson<br>S. Thompson<br>2222 Rene-Levesque O.<br>Suite 1<br>Montreal, Quebec H3H 1R6<br>Tel: 514-937-2644<br>Fax: 514-937-4966 | Trade Debt | | $40,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FL Smidth Salt Lake City, Inc. PO Box 123252 Dallas, TX 75312 | FL Smidth Salt Lake City, Inc. Joel Morales PO Box 123252 Dallas, TX 75312 Tel: 520-744-8200 Fax: 520-744-8300 | Trade Debt | | $36,603.01 |
| Rummel Construction 7520 E. Adobe Dr. Scottsdale, AZ 85255 | Rummel Construction J. Butler 7520 E. Adobe Dr. Scottsdale, AZ 85255 Tel: 480-222-9922 Email: jbutler@rummelconstruction.com | Trade Debt | | $35,927.18 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Bluefish Energy Corporation,[1] | ) Case No. 14-11997 (KJC) |
| | ) |
| Debtor. | ) |

**CERTIFICATION CONCERNING CONSOLIDATED LIST
OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2014 at Vancouver, British Columbia.

                                                                  Marc S. LeBlanc
                                                                  Corporate Secretary

---

[1] The last four digits of the Debtor's Federal Tax ID number is (6843). The Debtor's mailing address is 8275 N. Mineral Park Road, Golden Valley AZ 86413.